IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 04-2046 |
| | ) |
| ROGER JOY, | ) |
| | ) |
| Defendant. | ) |

**PAYMENT AGREEMENT**

I, ROGER JOY, agree to pay $500.00 a month starting April 1, 2006, until April 2007, then $750.00 a month until April 2008, then $1,000.00 a month until April 2009, then $1,250.00 a month until April 2010 and then $1,500.00 a month until paid in full on the judgment in the amount of $230,411.75, plus interest. I understand that the United States Attorney's Office will consider whether the tax effect of cancelling indebtedness on my Physician Recruitment Agreement should justify any reduction in these payments. If I complete this agreement, the United States will give me a Satisfaction of Judgment. If I miss a payment without contacting the U.S. Attorneys Office, this agreement will be void and the balance of the debt will become due immediately and other legal action will be taken such as wage garnishment. I also agree to provide financial information when requested yearly, and I understand that the United States will modify this payment schedule to increase payments if financial circumstances change significantly. The United States will also offset any federal payments I would normally receive through the Treasury Offset Program, until this debt is paid in full.

Payments are to begin April 1, 2006, and on the 1st day of each month thereafter until paid in full. Payment should be made payable to the **"U.S. Department of Justice"** and mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this Payment Agreement will entitle the United States to execute on the judgment without further notice to me.

DATE: March 13, 2006               s/ Roger Joy
                                   Roger Joy, Defendant

DATE: March 23, 2006               s/ James A. Lewis
                             By:   James A. Lewis, NC Bar # 5470
                                   Attorney for Plaintiff
                                   United States Attorney's Office
                                   318 s. 6th Street
                                   Springfield, Illinois 62701
                                   Tel: 217-492-4450
                                   Fax: 217-492-4888
                                   E-mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **PAYMENT AGREEMENT** has this March 23, 2006, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Roger Joy
c/o Virginia D. Prihoda
Attorney at Law
7551 N. Oakley Avenue
Chicago, Illinois 60645

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov