**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROGER JOY, ) <br> ) <br> Defendant, ) <br> ) <br> VAIHCS (05), ) <br> ) <br> Garnishee. ) | NO. MISC. 04-2046 |

**MEMORANDUM OF LAW IN SUPPORT OF APPLICATION**
**FOR WRIT OF CONTINUING EARNINGS GARNISHMENT**

This garnishment proceeding is brought pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §3001 et. seq. (hereinafter cited by section number only)

1. As required by §3205(b)(1)(B), the government has made a demand for payment. At least 30 days have elapsed since the demand and the defendant has not paid the amount due.

2. In accordance with §3002(9) and the Consumer Credit Protection Act (15 U.S.C. §1673), the government is requesting that the garnishee withhold nonexempt disposable earnings being the lesser of 25% of the defendant's disposable earnings or the amount by which the weekly disposable earnings exceed 30 times the federal minimum wage.

3. Section 3205(c)(1) provides that if the Court determines that the requirements of §3205 are satisfied, the Court shall issue the appropriate writ of garnishment.

4. The Writ that the government has prepared conforms to the requirements of §3205(c)(2)(A-F).

5. Section 3202(b) provides that the Clerk shall issue a notice prepared by the counsel for the United States informing the defendant of certain rights and exemptions.

6. The notice "Clerk's Notice of Post Judgment Earnings Garnishment" contains the statutory language of §3202(b). The summary of exemptions states only the exemptions applicable to earnings pursuant to §3002(9), and 15 U.S.C. §1673.

7.  After the Application is filed and the Order for the Writ is signed by the Court, the Writ and Notice should be issued by the Clerk.

8.  The United States will then serve a copy of these documents and supplementary information required by §3205(c)(3)(A & B) on the garnishee and the defendant.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: May 8, 2008

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov
```

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MEMORANDUM**, has been placed in the United states mail addressed to:

Roger Joy
c/o Virginia Prihoda, Esq.
7551 N. Oakley Ave
Chicago, IL 60645

VAIHCS (05)
Attn: Janice Phillips
1900 E. Main Street
Danville, IL 61832

DATE: May 8, 2008

```
                           s/James A. Lewis
                 By        James A. Lewis, NC Bar # 5470
                           Attorney for Plaintiff
                           United States Attorneys office
                           318 S. 6th Street
                           Springfield, Illinois 62701
                           Tel: 217-492-4450
                           Fax: 217-492-4888
                           E-Mail: Jim.Lewis2@usdoj.gov
```