UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. MISC. 04-2046 |
| ROGER JOY, | ) |
| Defendant, | ) |
| VAIHCS (05), | ) |
| Garnishee. | ) |

## O R D E R

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED:**

**(1)** The Government's Application for Writ of Continuing Earnings Garnishment (#3) is GRANTED.

**(2)** The Writ of Continuing Earnings Garnishment submitted by the Government shall be issued.

ENTERED this 15th day of May, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE