## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 04-2046 |
| ROGER JOY, | ) |
| Defendant. | ) |
| VAIHCS (05), | ) |
| Garnishee. | ) |

### A F F I D A V I T

State of Illinois
County of Sangamon

I, James A. Lewis, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on ROER JOY, Defendant, on May 16, 2008, by placing the Writ in the United States mail, postage prepaid, addressed to Decatur, IL 62522, along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order and Writ.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov

-2-

Pursuant to Title 28, Section 1746, I, James A. Lewis, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:  May 19, 2008

s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T**, has been made by placing in the United States mail, postage prepaid, addressed to:

>Roger Joy
>c/o Virginia Prihoda, Esq.
>7551 N. Oakley Ave
>Chicago, Illinois 60645
>
>VAIHCS (05)
>Attn: Janice Phillips
>1900 E. Main Street
>Danville, Illinois 61832

DATE: May 19, 2008

>s/James A. Lewis
>James A. Lewis, NC Bar # 5470
>Attorney for Plaintiff
>United States Attorneys office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-Mail: Jim.Lewis2@usdoj.gov