E-FILED
Thursday, 22 May, 2008  12:58:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 04-2046 |
| ROGER JOY, | ) |
| Defendant, | ) |
| VAIHCS (05), | ) |
| Garnishee. | ) |

## CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7003 1010 0000 2839 2415 on May 20, 2008:

1. Clerk's Notice of Post Judgment Garnishment.
2. Instructions to Garnishee (including Answer)
3. Instructions to Defendant.
4. Application for Writ (including Memorandum).
5. Order of Writ.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE:  May 22, 2008

By:  s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

Roger Joy
c/o Virginia Prihoda, Esq.
7551 N. Oakley Ave
Chicago, IL 60645

VAIHCS (05)
Attn: Janice Phillips
1900 E. Main Street
Danville, IL 61832

DATE: May 22, 2008

By:  s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov