E-FILED
Thursday, 22 May, 2008  02:30:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. MISC. 04-2046 |
| ROGER JOY, | ) |
| Defendant, | ) |
| VAIHCS (05), | ) |
| Garnishee. | ) |

**ANSWER OF THE GARNISHEE**

FILED
MAY 2 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1.  **IF GARNISHEE IS AN INDIVIDUAL:**

    That he/she is Garnishee herein doing business in the name of _____

    **IF GARNISHEE IS A PARTNERSHIP:**

    That he/she is a member of a partnership in the name of _____

    **IF GARNISHEE IS A CORPORATION:**   (Government Agency)

    That he/she is the (State Official Title) <u>VAIHCS</u> of Garnishee, a corporation organized under the laws of the State of <u>Illinois</u>.

2.  The address of the Garnishee is <u>1900 E. Main Street, Danville, IL, 61832 Attn: Payroll (04C)</u>.

3.  The Garnishee was served with the Writ of Continuing Garnishment on <u>5/20/2008</u> (Date).

4.  For the pay period in effect on this date of service:

    A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.   <u>X</u> Yes __ No

If yes, indicate type of compensation owed.

Wages

    B. Indicate the payment periods: ___ weekly, _X_ bi-weekly, ___ semi-monthly, ___ monthly.

    C. State when the present payment period began: _5/11/2008_____ (Date) and ends _5/24/2008_____ (Date).

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

    D. Enter the total amount of payment due and Calculate below:

| | | |
|---|---|---|
| (1) Total Payment | $ 5549.46 | |
| (2) Federal income tax | $ 1086.14 | |
| (3) F.I.C.A. | $ 411.58 | |
| (4) State income tax | $ 144.09 | |
| (5) Other required and specify | $ 44.40 | (Mandatory Retirement) |
| Total of required withholdings | $ 1686.21 | |
| Disposable earnings | $ 3863.25 | |

5. Are there any previous garnishments in effect:

    ___ Yes _X_ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

_____

_____

_____

2

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 5549.46 Gross Wages | 5/30/08 |
| 2. $ 5549.46 Gross Wages | 6/13/08 |
| 3. $ 5549.46 Gross Wages | 6/27/08 |
| 4. $ 5549.46 Gross Wages | 7/11/08 |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: _____

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____

_____

_____

8. On __5/21/08__, the Garnishee mailed a copy of this answer by first-class mail to:

(1) Debtor Name:  Roger Joy
        at:  c/o Virginia Prihoda, Esq.
            7551 N. Oakley Ave
            Chicago, IL 60645

(2) The Attorney for the United States:
    U. S. Attorneys Office
    Financial Litigation Unit
    318 S. 6th Street
    Springfield, Illinois 62701

**(3) The Original to:**  **U.S. District Court**
                           **201 S. Vine, Rm 218**
                           **Urbana, Illinois 61801**

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

_____
Signature

__Sherrie Ellis__
Name (Printed)

__1900 E. Main Street__
Address

__Danville, IL   61832__

__(217) 554-5920__
Telephone

(217) 554-4590
Fax Number

__Civilian Pay Tech__
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)