**E-FILED**
Wednesday, 18 June, 2008  08:58:33 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-2046 |
| | ) | |
| ROGER JOY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| VAIHCS (05), | ) | |
| | ) | |
| Garnishee. | ) | |

### <u>MOTION FOR TURNOVER ORDER</u>

The United States moves for an order directing **VAIHCS**  to turn over to the U. S. Department of Justice and mailed to U.S. Department of Justice, Post Office Box 70932, Charlotte, NC 28272-0932, all the funds withheld from the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage which ever is less, from date of the receipt of the Writ of Continuing Earnings Garnishment and which the garnishee is now, or may in the future, become indebted to the defendant for payment on the monetary debts of **ROGER JOY** owed in this case and states as grounds the following.

1.  A Writ of Earnings Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee and the Defendant;

2.  Pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on May 22, 2008 , stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant:

-2-

3.  The Defendant was notified of  his right to a hearing and has not requested a hearing to

determine exempt property.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

DATE: June 18, 2008

s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

UNITED STATES OF AMERICA,     )
                      )
          Plaintiff,     )
                      )
        v.           )     NO. 04-2046
                      )
ROGER JOY,            )
                      )
VAIHCS (05),          )
                      )
          Garnishee.    )

## TURNOVER ORDER FOR EARNINGS

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on , stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of  his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"U. S. Department of Justice",** referencing the Defendant's name and  CDCS No. 2004A60660 on the payment, and mail it to the **U.S. Department of Justice, Post Office Box 70932, Charlotte, NC 28272-0932**;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

(3) pay that amount monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

-2-

This garnishment is terminated upon receipt of payment in full by the Clerk of the U.S. District

Court.


ENTERED: _____.




_____
UNITED STATES DISTRICT JUDGE

-3-

**<u>CERTIFICATE OF SERVICE</u>**

It is hereby certified that service of the foregoing **MOTION FOR TURNOVER**

**ORDER,** have been placed in the United States mail addressed to:

> Roger Joy
> c/o Virginia Prihoda, Esq.
> 7551 N. Oakley Avenue
> Chicago, IL 60645
>
> VAIHCS (05)
> Attn: Janice Phillips
> 1900 E. Main Street
> Danville, IL 61832

DATE: June 17, 2008

> s/James A. Lewis
> James A. Lewis, NC Bar No. 5470
> Attorney for the Plaintiff
> United States Attorneys Office
> 318 S. 6th Street
> Springfield, Illinois 62701
> Tel: 217-492-4450
> Fax: 217-492-4888
> E-mail: Jim.Lewis2@usdoj.gov