UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 04-2046 |
| | ) |
| ROGER JOY, | ) |
| | ) |
| VAIHCS (05), | ) |
| | ) |
| Garnishee. | ) |

**TURNOVER ORDER FOR EARNINGS**

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on , stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.  Therefore, the Motion for Turnover Order (#11) is GRANTED.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"U. S. Department of Justice",** referencing the Defendant's name and  CDCS No. 2004A60660 on the payment, and mail it to the **U.S. Department of Justice, Post Office Box 70932, Charlotte, NC 28272-0932**;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

(3) pay that amount monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or

until further Order of this Court.

This garnishment is terminated upon receipt of payment in full by the Clerk of the U.S. District

ENTERED this 18th day of June, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE